Prob 19
EDTN78 (6/2000)

RECEIVED BY: MAX
DATE: 6.8.2020   TIME: 1:25

U.S. MARSHAL  E/TN
GREENEVILLE, TN

# United States District Court
## for the
### EASTERN DISTRICT OF TENNESSEE

U.S.A. vs Sean Bowman

Docket No. 2:17-CR-00072-003

TO: [1]Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | | |
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | | |
| NAME OF SUBJECT<br>Sean Bowman | USMS#: 52657-074<br>FBI#: W78KDAD59 | SEX<br>Male | RACE<br>White/<br>Non- Hispanic | AGE 21 |
| ADDRESS (STREET, CITY, STATE)<br>340 East Fray Street, Englewood, Florida | | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br>United States District Court - Eastern District of Tennessee - Greeneville | | | | |
| CLERK<br>John L. Medearis | (BY) DEPUTY CLERK | | DATE<br>6-5-20 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

Fio # 10379818
USMS # 52657-074

2074-0608-1519-D

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the "EASTERN DISTRICT OF TENNESSEE;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

RECEIVED IN MACE
DATE 6-3-90 TIME 11:50
U.S. MARSHAL E/TN
GREENEVILLE, TN

## U.S. PROBATION OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

### PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** Sean Bowman                **Docket Number:** 2:17CR00072-003

**Name of Sentencing Judicial Officer:** The Honorable J. Ronnie Greer
United States District Judge

**Date of Original Sentence:** February 7, 2018

**Original Offense:** Conspiracy to Counterfeit and Utter United States Obligations

**Class:** D Felony                **Criminal History Category:** III

**Original Sentence:** 5 years probation

**Agreed Order of Revocation – April 23, 2018:** Eight (8) months incarceration, followed by three (3) years supervised release

**Agreed Order of Revocation – November 19, 2018:** Ten (10) months incarceration, followed by two (2) years supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** February 20, 2020

**Date Supervision Expires:** February 19, 2022

**Assistant U.S. Attorney:** Donald W. Taylor

**Defense Attorney:** Not Assigned

**Revocation Guideline Range:** 8 to 14 months                **Statutory Maximum:** 14 months

*******************************************

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION    PAGE 2
SEAN BOWMAN    Docket Number: 2:17CR00072-003

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition:** The defendant must not commit another federal, state, or local crime. |
| 2 | **Standard Condition No. 8:** The defendant must not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendants knows someone has been convicted of a felony, the defendant must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |

Mr. Bowman's third term of supervision commenced on February 20, 2020, in the Middle District of Florida. The offender was approved to reside with his family in Englewood, Florida. On March 19, 2020, the offender completed an evaluation with Comprehensive Mental Health Solutions, a dual-diagnosis provider, and no substance abuse or mental health treatment was recommended.

According to the offender's supervising United States Probation Officer, Seth Yates, "on June 1, 2020, Charlotte County Sheriff's Detectives were investigating several reported stolen vehicles. Two of vehicles were located stuck and abandoned in a rural area of North Port, Florida. A resident of Englewood had called the North Port Police Department to advise where the vehicles were. Detectives with the Charlotte County Sheriff's Office met with this individual at his home and he advised that he was picked up by Mr. Bowman in one of the stolen vehicles and taken to go mudding. A second, unknown male was driving the other stolen vehicle. Both Mr. Bowman and the unknown male claimed to have recently purchased the vehicles, but when the vehicles became stuck, they left the Englewood resident stranded with no explanation.

He found this to be odd and decided to report the incident. He also reported that they had stopped at an area convenience store. Surveillance footage from the store showed Mr. Bowman exit and enter one of the stolen vehicles. Further, detectives obtained photographs from Facebook, placing Mr. Bowman with the vehicles near where they were found.

Detectives attempted to question Mr. Bowman at his residence but were met with hostility from Mr. Bowman's mother and due to the late hour, Mr. Bowman requested to report to the local Sheriff's office the following day to provide a statement.

On June 2, 2020, Mr. Bowman reported to the Sheriff's office and provided a statement. The detectives attempted to arrest him for the auto thefts, at which time Mr. Bowman fled from the area on foot. The detective gave chase and eventually caught up with Mr. Bowman and placed him under

| | |
|---|---|
| PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION | PAGE 3 |
| SEAN BOWMAN | Docket Number: 2:17CR00072-003 |

arrest. While at the Charlotte County Jail, Mr. Bowman began to speak about the case and advised that his "buddy" was carhopping and got two cars. Mr. Bowman stated that it was not in his blood to snitch or tell and that he will tell the person to get out of the state."

As a result of the above conduct, on June 2, 2020, Mr. Bowman was charged and arrested in Charlotte County, Florida, with two counts of Grand Theft of Motor Vehicle, and Resisting Officer Without Violence. At this time, he remains in custody in Charlotte County, Florida.

**Assessment of Flight/Danger and Bond Recommendation:** Based on the offender's conduct while on supervision, including his arrest for felony offenses in Florida, his past history of drug use and non-compliance with drug testing, and his history of continued non-compliance over the course of three terms of supervision, Mr. Bowman appears to present both a danger to the community, as well as a risk of non-appearance. Therefore, this officer respectfully recommends he be detained pending a revocation hearing.

**Petitioning the Court to order:**

That a warrant be issued, and the defendant be ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2020.

Respectfully submitted,

_Rodney A. McLain_     06/05/2020
Rodney A. McLain     Date
United States Probation Officer

APPROVED:

_Paul R. Harris_     06/05/2020
Paul R. Harris     Date
Supervising United States Probation Officer

RAM:sw

| | |
|---|---|
| PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION | PAGE 4 |
| SEAN BOWMAN | Docket Number: 2:17CR00072-003 |

**ORDER OF COURT:**

A warrant is to be issued, and the defendant is ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked. This petition is to be placed under seal until the defendant has been arrested or appears in Court.

So ordered.

**ENTER.**

_____
The Honorable J. Ronnie Greer
United States District Judge